## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LORENZO REESE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case No. 2:19-cv-00702-RDP-SGC |
| ) | |
| **ANGELA MIREE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on March 4, 2020, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 6). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections, no formal objections have been received by the court. Plaintiff has, however, filed a Motion to Amend Complaint After Dismissal, which the court construes as objections to the Report and Recommendation. (Doc. 9). Plaintiff's objections, which amount to repeating the allegations in his complaint, are **OVERRULED**.

To the extent he seeks to assert a retaliation claim against a new party, Plaintiff does not allege any new facts that would warrant such an amendment. Accordingly, the court **DENIES** Plaintiff's Motion to Amend Complaint After Dismissal. (Doc. 9).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and Plaintiff's objections, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this September 23, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE